# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:                                    §
                                          §
BUEHLER, ROBERT C JR.                     §    Case No. 09-71824
BUEHLER, AMY K                            §
                                          §
                    Debtor(s)             §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter 7 of the United States Bankruptcy Code on 05/01/2009 . The undersigned trustee was appointed on 05/04/2009 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized gross receipts of           $           6,500.79

    Funds were disbursed in the following amounts:

| | |
|---|---|
| Administrative expenses | 0.00 |
| Payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Payments to the debtor | 0.00 |
| | |
| Leaving a balance on hand of[1]      $ | 6,500.79 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (9/1/2009) *(Page: 1)*

6. The deadline for filing claims in this case was  12/24/2009 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,400.08 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 1,400.08 , for a total compensation of $ 1,400.08 .  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date: 02/24/2010 _____         By:/s/DANIEL M. DONAHUE _____
                                      Trustee


**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page    1

Exhibit A

| Case No: | 09-71824    MLB    Judge: MANUEL BARBOSA | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | BUEHLER, ROBERT C JR. | Date Filed (f) or Converted (c): | 05/01/09 (f) |
| | BUEHLER, AMY K | 341(a) Meeting Date: | 06/10/09 |
| For Period Ending: 03/09/10 | | Claims Bar Date: | 12/24/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Location: 202 Oregon Avenue, Dundee IL. | 297,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Checking account - Castle Bank | 0.00 | 1,410.00 | | 1,410.00 | FA |
| 3. Checking account - AMCORE Bank | 50.00 | 50.00 | | 50.00 | FA |
| 4. Checking account - Harris Bank | 40.00 | 40.00 | | 40.00 | FA |
| 5. Household goods and furnishings | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 6. Clothing - none of commercial value | 100.00 | 0.00 | DA | 0.00 | FA |
| 7. Minimal jewelry - none of commercial value | 100.00 | 0.00 | DA | 0.00 | FA |
| 8. Insurance policity with Northwest Mutual (on wife' | 500.00 | 0.00 | DA | 0.00 | FA |
| 9. Other insurance policies that are term only | 0.00 | 0.00 | DA | 0.00 | FA |
| 10. 401(k) | 1,400.00 | 0.00 | DA | 0.00 | FA |
| 11. 100% stock/interest in Henmar Automotive, LLC | 0.00 | 0.00 | DA | 0.00 | FA |
| 12. 2004 Dodge Truck (lien $2,460.00) | 8,500.00 | 0.00 | DA | 0.00 | FA |
| 13. 2005 Suburban | 12,000.00 | 1,750.00 | | 1,750.00 | FA |
| 14. 2000 Ford Taurus | 500.00 | 0.00 | DA | 0.00 | FA |
| 15. 1999 Ford Contour | 200.00 | 0.00 | DA | 0.00 | FA |
| 16. 2005 Acura (leased vehicle) | 15,000.00 | 0.00 | DA | 0.00 | FA |
| 17. 2002 Dodge Caravan (56,000 miles) | 5,000.00 | 1,750.00 | | 1,750.00 | FA |
| 18. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 19. 2004 Taurus (sold) (u) | 0.00 | 1,500.00 | | 1,500.00 | FA |
| 20. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 0.79 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $344,390.00          $6,500.00          $6,500.79          $0.00

(Total Dollar Amount in Column 6)

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page:   2
Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 09-71824   MLB   Judge: MANUEL BARBOSA | Trustee Name: | DANIEL M. DONAHUE |
| Case Name: | BUEHLER, ROBERT C JR. | Date Filed (f) or Converted (c): | 05/01/09 (f) |
| | BUEHLER, AMY K | 341(a) Meeting Date: | 06/10/09 |
| | | Claims Bar Date: | 12/24/09 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:


Nothing further remains to be done.


Initial Projected Date of Final Report (TFR): 03/01/10      Current Projected Date of Final Report (TFR): 03/01/10

Ver: 15.06b

LFORM1
UST Form 101-7-TFR (9/1/2009) (Page: 4)

**FORM 2**

Page: 1

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: | 09-71824 -MLB |
| Case Name: | BUEHLER, ROBERT C JR |
| | BUEHLER, AMY K |
| Taxpayer ID No: | *******9799 |
| For Period Ending: | 02/24/10 |

| | |
|---|---|
| Trustee Name: | DANIEL M. DONAHUE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******1499 Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 1,500,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| • 09/21/09 | * NOTE * | ROBERT AND AMY BUEHLER 202 OREGON AVE WEST DUNDEE, IL 60118-2030 | INTEREST IN PERSONAL PROPERTY Assets 2, 3 and 4 sold for $1,500 * NOTE * Properties 2, 13, 17, 19 | 1129-003 | 3,600.00 | | 3,600.00 |
| • 09/21/09 | * NOTE * | ROBERT AND AMY BUEHLER 202 OREGON AVE WEST DUNDEE, IL 60118-2030 | INTEREST IN PERSONAL PROPERTY RE-ENTERED SHOWING 2 SEPARATE DEPOSITS FOR ACCOUNTING PURPOSES | 1129-003 | -3,600.00 | | 0.00 |
| 09/21/09 | 19 | BUEHLER, ROBERT AND AMY | INTEREST IN PERSONAL PROPERTY ASSETS 2,3,4 = $1,500 | 1229-000 | 2,625.00 | | 2,625.00 |
| 09/21/09 | 13, 17 | BUEHLER, ROBERT AND AMY | INTEREST IN PERSONAL PROPERTY | 1129-000 | 975.00 | | 3,600.00 |
| 09/30/09 | | BUEHLER, ROBERT AND AMY | INTEREST IN PERSONAL PROPERTY | 1129-000 | 2,900.00 | | 6,500.00 |
| 09/30/09 | 20 | BANK OF AMERICA, N A | Interest Rate 0.030 | 1270-000 | 0.02 | | 6,500.02 |
| 10/30/09 | 20 | BANK OF AMERICA, N A | Interest Rate 0.030 | 1270-000 | 0.15 | | 6,500.17 |
| 11/30/09 | 20 | BANK OF AMERICA, N A | Interest Rate 0.030 | 1270-000 | 0.17 | | 6,500.34 |
| 12/31/09 | 20 | BANK OF AMERICA, N A | Interest Rate 0.030 | 1270-000 | 0.17 | | 6,500.51 |
| 01/29/10 | 20 | BANK OF AMERICA, N A | Interest Rate 0.030 | 1270-000 | 0.16 | | 6,500.67 |
| 02/24/10 | 20 | BANK OF AMERICA, N A | INTEREST REC'D FROM BANK | 1270-000 | 0.12 | | 6,500.79 |
| 02/24/10 | | Transfer to Acct #*******1635 | Final Posting Transfer | 9999-000 | | 6,500.79 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 6,500.79 | 6,500.79 | 0.00 |
| Less: Bank Transfers/CD's | | 0.00 | 6,500.79 | |
| Subtotal | | 6,500.79 | 0.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 6,500.79 | 0.00 | |

Page Subtotals       6,500.79       6,500.79

Ver 15.06b

LFORM24
**UST Form 101-7-TFR (9/1/2009)** *(Page 5)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page  2

Exhibit B

| Case No: | 09-71824 -MLB |
|---|---|
| Case Name: | BUEHLER, ROBERT C JR. |
| | BUEHLER, AMY K |
| Taxpayer ID No: | •••••••9799 |
| For Period Ending: | 02/24/10 |

| Trustee Name: | DANIEL M. DONAHUE |
|---|---|
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | •••••••1635  GENERAL CHECKING |

Blanket Bond (per case limit):   $ 1,500,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/24/10 | | Transfer from Acct #•••••••1499 | Transfer In From MMA Account | 9999-000 | 6,500.79 | | 6,500.79 |

|  | | Deposits | Disbursements | |
|---|---|---|---|---|
| COLUMN TOTALS | | 6,500.79 | 0.00 | 6,500.79 |
| Less: Bank Transfers/CD's | | 6,500.79 | 0.00 | |
| Subtotal | | 0.00 | 0.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 0.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account (Interest Earn - •••••••1499 | 6,500.79 | 0.00 | 0.00 |
| GENERAL CHECKING - •••••••1635 | 0.00 | 0.00 | 6,500.79 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 6,500.79 | 0.00 | 6,500.79 |
| | ================= | ================= | ================= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          6,500.79          0.00

Ver: 15.06b

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 09-71824 | | Page 1 | | | Date: February 24, 2010 |
|---|---|---|---|---|---|---|
| Debtor Name: | BUEHLER, ROBERT C JR. | | Claim Class Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | MCGREEVY WILLIAMS | Administrative | | $1,610.50 | $0.00 | $1,610.50 |
| 001<br>3120-00 | MCGREEVY WILLIAMS | Administrative | | $118.40 | $0.00 | $118.40 |
| 000003B<br>058<br>5800-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>100 W .Randolph St #7-400<br>Chicago, IL. 60601 | Priority | | $3,113.42 | $0.00 | $3,113.42 |
| 000008B<br>058<br>5800-00 | Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114-0326 | Priority | | $126,090.46 | $0.00 | $126,090.46 |
| 000001<br>070<br>7100-00 | Comed Co<br>2100 Swift Drive<br>Attn: Bankruptcy Section/Revenue<br>Manage<br>Oakbrook, IL. 60523 | Unsecured | | $1,556.85 | $0.00 | $1,556.85 |
| 000002<br>070<br>7100-00 | Advanta Bank Corp.<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $7,385.59 | $0.00 | $7,385.59 |
| 000003A<br>070<br>7100-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>100 W .Randolph St #7-400<br>Chicago, IL 60601 | Unsecured | | $124.03 | $0.00 | $124.03 |
| 000004B<br>070<br>7100-00 | PNC Bank c/o Marques L. Williams<br>1600 Market Street, 11th Floor<br>Philadelphia, Pennsylvania 19103 | Unsecured | | $121,011.09 | $0.00 | $121,011.09 |
| 000005<br>070<br>7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $15,267.96 | $0.00 | $15,267.96 |
| 000006<br>070<br>7100-00 | PYOD LLC its successors and assigns<br>as assignee of<br>Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Unsecured | | $2,806.40 | $0.00 | $2,806.40 |
| 000007<br>070<br>7100-00 | American Express Bank, FSB<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $3,017.68 | $0.00 | $3,017.68 |
| 000008A<br>070<br>7100-00 | Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114-0326 | Unsecured | | $18,033.25 | $0.00 | $18,033.25 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 09-71824 | | Page 2 | | Date: February 24, 2010 |
|---|---|---|---|---|---|
| Debtor Name: | BUEHLER, ROBERT C JR. | | Claim Class Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000009 070 7100-00 | Chase Bank USA, N.A. C/O Creditors Bankruptcy Service P.O. Box 740933 Dallas, TX 75374 | Unsecured | | $480.01 | $0.00 | $480.01 |
| 000010 070 7100-00 | MDC Environmental Services 5450 Wansford Way Ste 201 Rockford, IL 61109 | Unsecured | | $164.34 | $0.00 | $164.34 |
| 000011 070 7100-00 | GE Money Bank dba LENSCRAFTERS/GEMB Care of Recovery Management Systems Corp 25 SE 2nd Ave Ste 1120 Miami FL 33131 | Unsecured | | $372.54 | $0.00 | $372.54 |
| 000012 070 7100-00 | FIA CARD SERVICES, NA/BANK OF AMERICA BY AMERICAN INFOSOURCE LP AS ITS AGENT PO Box 248809 Oklahoma City, OK 73124-8809 | Unsecured | | $3,602.02 | $0.00 | $3,602.02 |
| 000013 070 7100-00 | Midwest Converters, Inc. 5112 - 28th Avenue Rockford, IL 61109 | Unsecured | | $1,194.00 | $0.00 | $1,194.00 |
| 000014 070 7100-00 | Midco Lubricants 5112 - 28th Avenue Rockford, IL 61109 | Unsecured | | $1,562.00 | $0.00 | $1,562.00 |
| 000015 070 7100-00 | Poster Compliance Center 3687 Mt. Diablo Boulevard Suite B100 Lafayette, CA 94549-3744 | Unsecured | | $177.44 | $0.00 | $177.44 |
| 000016 070 7100-00 | Aamco Transmissions, Inc. P.O. Box 964 Horsham, PA 19044-0964 | Unsecured | | $122,684.89 | $0.00 | $122,684.89 |
| 000017 070 7100-00 | GE Money Bank dba JCPENNEY CREDIT SERVICES Care of Recovery Management Systems Corp 25 SE 2nd Ave Ste 1120 Miami FL 33131 | Unsecured | | $698.09 | $0.00 | $698.09 |
| 000004A 050 4110-00 | PNC Bank c/o Marques L. Williams 1600 Market Street, 11th Floor Philadelphia, Pennsylvania 19103 | Secured | | $36,076.00 | $0.00 | $36,076.00 |
| | Case Totals: | | | $467,146.96 | $0.00 | $467,146.96 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-71824
Case Name: BUEHLER, ROBERT C JR.
　　　　　BUEHLER, AMY K
Trustee Name: DANIEL M. DONAHUE

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Trustee: DANIEL M. DONAHUE* | $ 1,400.08 | $ 0.00 |
| *Attorney for trustee: MCGREEVY* | | |
| *WILLIAMS* | $ 1,610.50 | $ 118.40 |
| *Appraiser:* | $ | $ |
| *Auctioneer:* | $ | $ |
| *Accountant:* | $ | $ |
| *Special Attorney for trustee:* | $ | $ |
| *Charges:* | $ | $ |
| *Fees:* | $ | $ |
| *Other:* | $ | $ |
| *Other:* | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| _Attorney for debtor:_ | | $ | $ |
| _Attorney for:_ | | $ | $ |
| _Accountant for:_ | | $ | $ |
| _Appraiser for:_ | | $ | $ |
| _Other:_ | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 129,203.88  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _000003B_ | _Illinois Department of Revenue_ | $ 3,113.42 | $ 81.25 |
| _000008B_ | _Internal Revenue Service_ | $ 126,090.46 | $ 3,290.56 |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 300,138.18  have been allowed and will be paid _pro rata_ only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _000001_ | _Comed Co_ | $ 1,556.85 | $ 0.00 |
| _000002_ | _Advanta Bank Corp._ | $ 7,385.59 | $ 0.00 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000003A | Illinois Department of Revenue | $ 124.03 | $ 0.00 |
| 000004B | PNC Bank c/o Marques L. Williams | $ 121,011.09 | $ 0.00 |
| 000005 | Chase Bank USA, N.A. | $ 15,267.96 | $ 0.00 |
| 000006 | PYOD LLC its successors and assigns as assignee of | $ 2,806.40 | $ 0.00 |
| 000007 | American Express Bank, FSB | $ 3,017.68 | $ 0.00 |
| 000008A | Internal Revenue Service | $ 18,033.25 | $ 0.00 |
| 000009 | Chase Bank USA, N.A. | $ 480.01 | $ 0.00 |
| 000010 | MDC Environmental Services | $ 164.34 | $ 0.00 |
| 000011 | GE Money Bank dba LENSCRAFTERS/GEMB | $ 372.54 | $ 0.00 |
| 000012 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 3,602.02 | $ 0.00 |
| 000013 | Midwest Converters, Inc. | $ 1,194.00 | $ 0.00 |
| 000014 | Midco Lubricants | $ 1,562.00 | $ 0.00 |
| 000015 | Poster Compliance Center | $ 177.44 | $ 0.00 |
| 000016 | Aamco Transmissions, Inc. | $ 122,684.89 | $ 0.00 |
| 000017 | GE Money Bank dba JCPENNEY CREDIT SERVICES | $ 698.09 | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The amount of surplus returned to the debtor after payment of all claims and interest is
$ 0.00 .

## Summary of Professional Fees

| Professional | | Previous Allowances | Pending Applications | Total Fees And Expenses |
|---|---|---|---|---|
| **Trustee's Attorney** | | | | |
| McGreevy Williams | *Fees* | $0.00 | $1,610.50 | $1,610.50 |
| | *Expenses* | $0.00 | $118.40 | $118.40 |
| **Trustee's Accountants** | | | | |
| None | *Fees* | $0.00 | $0.00 | $0.00 |
| | *Expenses* | $0.00 | $0.00 | $0.00 |
| **Other Professionals** | | | | |
| None | *Fees* | $0.00 | $0.00 | $0.00 |
| | *Expenses* | $0.00 | $0.00 | $0.00 |
| **Totals** | *Fees* | $0.00 | $1,610.50 | $1,610.50 |
| | *Expenses* | $0.00 | $118.40 | $118.40 |
| | | $0.00 | $1,728.90 | $1,728.90 |

**Exhibit G**