UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: § | |
| § | |
| BUEHLER, ROBERT C JR. § | Case No. 09-71824 |
| BUEHLER, AMY K § | |
| § | |
| Debtor(s) § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DANIEL M. DONAHUE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on April 7, 2010 in Courtroom 115,
          United States Courthouse
          211 South Court Street
          Rockford, IL

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____     By: /s/ Daniel M. Donahue
                                                                                Trustee

*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS

In re: §
§
BUEHLER, ROBERT C JR. § Case No. 09-71824
BUEHLER, AMY K §
§
Debtor(s) §

### SUMMARY OF TRUSTEE'S FINAL REPORT
### AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 6,500.79 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 6,500.79 |

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Trustee: DANIEL M. DONAHUE | $ 1,400.08 | $ 0.00 |
| Attorney for trustee: MCGREEVY WILLIAMS | $ 1,610.50 | $ 118.40 |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: | $ | $ |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |
| Fees: | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) (Page: 2)

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Other: | | $ | $ |
| Other: | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Attorney for debtor: | | $ | $ |
| Attorney for: | | $ | $ |
| Accountant for: | | $ | $ |
| Appraiser for: | | $ | $ |
| Other: | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 129,203.88 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000003B | Illinois Department of Revenue | $ 3,113.42 | $ 81.25 |
| 000008B | Internal Revenue Service | $ 126,090.46 | $ 3,290.56 |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 300,138.18 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Comed Co | $ 1,556.85 | $ 0.00 |
| 000002 | Advanta Bank Corp. | $ 7,385.59 | $ 0.00 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000003A | Illinois Department of Revenue | $ 124.03 | $ 0.00 |
| 000004B | PNC Bank c/o Marques L. Williams | $ 121,011.09 | $ 0.00 |
| 000005 | Chase Bank USA, N.A. | $ 15,267.96 | $ 0.00 |
| 000006 | PYOD LLC its successors and assigns as assignee of | $ 2,806.40 | $ 0.00 |
| 000007 | American Express Bank, FSB | $ 3,017.68 | $ 0.00 |
| 000008A | Internal Revenue Service | $ 18,033.25 | $ 0.00 |
| 000009 | Chase Bank USA, N.A. | $ 480.01 | $ 0.00 |
| 000010 | MDC Environmental Services | $ 164.34 | $ 0.00 |
| 000011 | GE Money Bank dba LENSCRAFTERS/GEMB | $ 372.54 | $ 0.00 |
| 000012 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 3,602.02 | $ 0.00 |
| 000013 | Midwest Converters, Inc. | $ 1,194.00 | $ 0.00 |
| 000014 | Midco Lubricants | $ 1,562.00 | $ 0.00 |
| 000015 | Poster Compliance Center | $ 177.44 | $ 0.00 |
| 000016 | Aamco Transmissions, Inc. | $ 122,684.89 | $ 0.00 |
| 000017 | GE Money Bank dba JCPENNEY CREDIT SERVICES | $ 698.09 | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |

UST Form 101-7-NFR (9/1/2009) (Page: 4)

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

Prepared By: /s/Daniel M. Donahue
Trustee

DANIEL M. DONAHUE
P.O. BOX 2903
ROCKFORD, IL 61132-2903

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-3           User: cshabez                Page 1 of 3                   Date Rcvd: Mar 11, 2010
Case: 09-71824                 Form ID: pdf006              Total Noticed: 119

The following entities were noticed by first class mail on Mar 13, 2010.
db/jdb        +Robert C. Buehler, Jr.,    Amy K. Buehler,    202 Oregon Avenue,     Dundee, IL 60118-2030
aty            Daniel M Donahue,    P. O. Box 2903,    Rockford, IL   61132-2903
aty           +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,     6833 Stalter Drive,
                Rockford, IL 61108-2579
tr             Daniel Donahue,    P O Box 2903,    Rockford, IL   61132-2903
13865269       1st AYD Corporation,    P.O. Box 5298,    Elgin, IL 60121-5298
13865270      +A-1 Equipment Sales & Service, Inc.,     1002 Courtaulds Drive, Unit C,    Woodstock, IL 60098-7303
13865272     ++ADVANTA,    700 DRESHER RD,    HORSHAM PA 19044-2206
              (address filed with court: Advanta Bank Corp.,      P.O. Box 8088,    Philadelphia, PA 19101-8088)
14539744     ++ADVANTA,    700 DRESHER RD,    HORSHAM PA 19044-2206
              (address filed with court: Advanta Bank Corp.,      POB 3001,    Malvern, PA 19355-0701)
13865274      +AMCORE Bank,    1210 South Alpine Road,    Rockford, IL 61108-3946
13865275      +AMCORE Bank, N.A.,    1210 South Alpine Road,    Rockford, IL 61108-3946
13865284      +AT&T,    P.O. Box 8100,    Aurora, IL 60507-8100
13865285      +ATT Mobility - ILL,    c/o Southwest Credit Systems, L.P.,     5910 West Plano Parkway, Suite 100,
                Plano, TX 75093-2202
13865286       ATT Mobility - ILL,    c/o Southwest Credit Systems, L.P.,     P.O. Box 1985,
                Southgate, MI 48195-0985
13865271       Aamco Transmissions, Inc.,     P.O. Box 964,    Horsham, PA 19044-0964
13865273      +Alarm Detection Systems, Inc.,     1111 Church Road,    Aurora, IL 60505-1905
14639196       American Express Bank, FSB,     POB 3001,    Malvern, PA 19355-0701
13865276       American Express Co.,    c/o United Recover Systems,     P.O. Box 722929,    Houston, TX 77272-2929
13865277      +American Express Co.,    c/o United Recovery Systems,     5800 North Course Drive,
                Houston, TX 77072-1613
13865278       American Express Publishing,     P.O. Box 1334,    Des Plaines, IL 60017-1334
13865281      +American Marketing & Publishing,     P.O. Box 982,    Dekalb, IL 60115-0982
13865282      +Anderson, Nissan, Mazda, Suzuki,     7920 North Alpine Road,    P.O. Box 10289,
                Loves Park, IL 61131-3189
13865283       Aramark Uniform Services,     P.O. Box 7177,    Rockford, IL 61126-7177
13865287       AutoZone, Inc.,    P.O. Box 791409,    Baltimore, MD 21279-1409
13865288      +Badger Lubrication Technologies, In,     5933 North 55th Street,     Milwaukee, WI 53218-2035
13865289       Bank of America,    P.O. Box 15137,    Aurora, IL 60507
13865291       Bank of America, N.A.,    P.O. Box 21848,    Greensboro, NC 27420-1848
13865290       Bank of America, N.A.,    P.O. Box 660312,    Dallas, TX 75266-0312
13865292       Brian Bemis,    c/o RRCA Accounts Management, Inc.,     201 East 3rd Street,
                Sterling, IL 61081-3611
13865293      +Brian Bemis Automotive Group, Ltd,     1875 DeKalb Avenue,    Sycamore, IL 60178-3105
13865294       Carquest,    P.O. Box 503628,    St. Louis, MO 63150-3628
13865295       Carson Pirie Scott,    Retail Services,     P.O. Box 17264,    Baltimore, MD 21297-1264
13865296       Carson Pirie Scott,    P.O. Box 15521,    Wilmington, DE 19850-5521
14048053      +Castle Bank,    100 Greenwood Acres Dr,    DeKalb, IL 60115-1028
13865297       Certegy Check Services,    P.O. Box 30038,    Tampa, FL 33630-3038
13865298      +Chaamco Service Corporation,     35 East Wacker Drive, 14th Floor,    Chicago, IL 60601-2314
13865300       Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
13865299       Chase,    Cardmember Service,    P.O. Box 15153,    Wilmington, DE 19886-5153
13865301       Chase,    P.O. Box 15548,    Wilmington, DE 19886-5548
13865302       Chase,    P.O. Box 15049,    Wilmington, DE 19850-5049
13865303       Chase,    P.O. Box 15299,    Wilmington, DE 19850-5299
14562485       Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
14703730      +Chase Bank USA, N.A.,    C/O Creditors Bankruptcy Service,     P.O. Box 740933,
                Dallas, TX 75374-0933
13865305      +Citi/Sears,    P.O. Box 6275,    Sioux Falls, SD 57117-6275
13865304      +Citi/Sears,    P.O. Box 6286,    Sioux Falls, SD 57117-6286
13865306      +Cliff Seldal Plumbing & Heating,     P.O. Box 464,    DeKalb, IL 60115-0464
13865307      +Coast to Coast Computer Products,     c/o Alazander Associates, LLC,     2188 Highway JJ,
                Moberly, MO 65270-4501
13865308       ComEd,    P.O. Box 6111,    Carol Stream, IL 60197-6111
13865309      +Corn Belt Energy,    1 Energy Way,    Bloomington, IL 61705-6356
13865310      +Crystal Lake CX,    3 Crystal Lake Plaza,    Crystal Lake, IL 60014-7928
13865311      +Crystal Lake Pontiac GMC,     6305 Northwest Highway,    Crystal Lake, IL 60014-7934
13865312      +Darmon Orthopedics, P.C.,     2001 Larkin Avenue, Suite 207,    Elgin, IL 60123-5808
13865313      +Engine & Transmission Exchange, Inc,     8155 North 76th Street,    P.O. Box 240040,
                Milwaukee, WI 53224-9002
13865314       Exxon Mobil,    Processing Center,    Des Moines, IA 50361-0001
13865315       Exxon Mobil,    P.O. Box 688940,    Des Moines, IA 50368-8940
14811212       FIA CARD SERVICES, NA/BANK OF AMERICA,     BY AMERICAN INFOSOURCE LP AS ITS AGENT,    PO Box 248809,
                Oklahoma City, OK   73124-8809
13865316       Food & Wine Books,    P.O. Box 5040,    Des Plaines, IL 60017-5040
13865317       Fox Valley Laboratory Physicians,     P.O. Box 5133,    Chicago, IL 60680-5133
13865318      +Frank Gelesi,    3949 Northwest Highway,    Crystal Lake, IL 60014-8207
14887099      +GE Money Bank dba JCPENNEY CREDIT SERVICES,     Care of Recovery Management Systems Corp,
                25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
13865322      +Gleason & Elfering,    1150 Brown Street, Unit I,     Wauconda, IL 60084-1154
13865323       Heritage-Crystal Clean,    13621 Collections Center Drive,     Chicago, IL 60693-0316
14545869     ++ILLINOIS DEPARTMENT OF REVENUE,     P O BOX 64338,    CHICAGO IL 60664-0338
              (address filed with court: Illinois Department of Revenue,      Bankruptcy Section,
                100 W .Randolph St #7-400,    Chicago, IL 60601)
13865324     ++INTERNAL REVENUE SERVICE,     CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
                PHILADELPHIA PA 19114-0326
              (address filed with court: Internal Revenue Service,      P.O. Box 21126,
                Philadelphia, PA 19114-0326)
13865325      +Interstate Batteries,    5175 American Road,    Rockford, IL 61109-6310
13865326      +Irving Construction,    1826 Sycamore Road,    DeKalb, IL 60115-2039
```

```
District/off: 0752-3          User: cshabez              Page 2 of 3                   Date Rcvd: Mar 11, 2010
Case: 09-71824                Form ID: pdf006            Total Noticed: 119

13865332      +Lawson Products, Inc.,    2689 Paysphere Circle,    Chicago, IL 60674-0026
13865333      +Lawson Products, Inc.,    c/o Biehl & Biehl, Inc.,    325 East Fullerton Avenue,
                Carol Stream, IL 60188-1865
13865338      +MDC Environmental Services,    5450 Wansford Way Ste 201,    Rockford, IL 61109-7549
13865337      +Macy’s,   P.O. Box 8066,    Mason, OH 45040-8066
13865336       Macy’s,   P.O. Box 8218,    Mason, OH 45040-8218
13865334       Macy’s,   P.O. Box 689195,    Des Moines, IA 50368-9195
13865335       Macy’s,   P.O. Box 81118,    Mason, OH 45040
13865340      +Midco Lubricants,    5112 - 28th Avenue,    Rockford, IL 61109-1721
13865341      +Midwest Converters, Inc.,    5112 - 28th Avenue,    Rockford, IL 61109-1721
13865342      +Mike Monney Chevrolet/Cadillac,    204 North 4th Street,    DeKalb, IL 60115-3306
13865343      +NAPA Auto Parts,    DeKalb County Auto Parts, Inc.,    607 East Lincoln Highway,
                Dekalb, IL 60115-3807
13865344      +News Talk 1060 AM WRHL,    400 May Mart Drive,    P.O. Box 177,   Rochelle, IL 61068-0177
13865345       Northwest Suburban Imaging ASC,    34659 Eagle Way,    Chicago, IL 60678-0001
13865346      +Orange Peel Gazette,    P.O. Box 239,    Kingston, IL 60145-0239
14048054      +PNC Bank NA,   c/o Atty Francis Pendergast,    350 N LaSalle St Se 900,    Chicago, IL 60654-5136
14546845      +PNC Bank c/o Marques L. Williams,    1600 Market Street, 11th Floor,
                Philadelphia, Pennsylvania 19103-7243
13865350       PNC Bank, N.A.,    Commercial Loan Operations,    P.O. Box 747046,    Pittsburgh, PA 15274-7046
13865351      +PNC Bank, National Association,    1600 Market Street,    Philadelphia, PA 19103-7240
13865352      +PNC Bank, National Association,    c/o Attorney Nancy J. Glidden,    P.O. Box 515,
                West Chester, PA 19381-0515
14587746      +PYOD LLC its successors and assigns as assignee of,    Citibank,    c/o Resurgent Capital Services,
                PO Box 19008,    Greenville, SC 29602-9008
13865347      +Parent Petroleum, Inc..,    37 W 370 Route 38,    St. Charles, IL 60175-1500
13865348      +Personal Concepts,    3200 Guasti Road, Suite 300,    Ontario, CA 91761-8661
13865349      +Physiotherapy Associates,    4591 West Higgins Road,    Hoffman Estates, IL 60192-3718
13865353      +Poster Compliance Center,    3687 Mt. Diablo Boulevard,    Suite B100,    Lafayette, CA 94549-3717
13865354      +Premium Financing Specialits, Inc.,    180 N. Michigan Ave., Suite 1016,    Chicago, IL 60601-7420
13865355      +Programs Plus,    c/o Medical-Dental-Hospital Bureau,    7507 North Second Street, Unit C,
                Machesney Park, IL 61115-2867
13865356       Quest Diagnostics,    P.O. Box 64804,    Baltimore, MD 21264-4804
13865357       Quest Diagnostics,    1355 Mittel Boulevard,    Wood Dale, IL 60191-1024
13865358       R.M.S.,   300 Arboretum Place,    P.O. Box 26446,    Richmond, VA 23261-6446
13865359      +Royal Publishing,    7620 North Harker Drive,    Peoria, IL 61615-1857
13865360       Sears,   P.O. Box 6282,    Sioux Falls, SD 57117-6282
13865361       Sears Credit Cards,    P.O. Box 183082,    Columbus, OH 43218-3082
13865362       Sherman Hospital,    35134 Eagle Way,    Chicago, IL 60678-1351
13865363      +Transtar Industries, INc.,    7350 Young Drive,    Cleveland, OH 44146-5390
13865364       Travelers,   CL Remittance Center,    Hartford, CT 06183-1008
13865370      +WLBK 1360 AM,    2410 Sycamore Road, Suite C,    Dekalb, IL 60115-2091
13865365      +Wells Fargo Bank NA,    Andrew J. Nelson,    Pierce & Assoc PC,    1 North Dearborn Ste 1300,
                Chicago, IL 60602-4373
13865366      +Wells Fargo Business Direct,    P.O. Box 348750,    Sacramento, CA 95834-8750
13865368      +Wells Fargo Home Mortgage,    P.O. Box 10335,    Des Moines, IA 50306-0335
13865367       Wells Fargo Home Mortgage,    P.O. Box 5296,    Carol Stream, IL 60197-5296
13865369      +Whitey’s Towing, Inc.,    520 Cary-Algonquin Road,    Cary, IL 60013-2060
The following entities were noticed by electronic transmission on Mar 11, 2010.
13865279       E-mail/Text: ebnbankruptcy@ahm.honda.com
                American Honda Finance Corporation,    P.O. Box 165378,    Irving, TX 75016-5378
13865280       E-mail/Text: ebnbankruptcy@ahm.honda.com
                American Honda Finance Corporation,    P.O. Box 60001,    City Of Industry, CA 91716-0001
14113204      +E-mail/Text: legalcollections@comed.com                             Comed Co,    2100 Swift Drive,
                Attn:  Bankruptcy Section/Revenue Manage,    Oakbrook, IL 60523-1559
13865320       E-mail/PDF: gecsedi@recoverycorp.com Mar 12 2010 00:21:05     GE Money Bank,    P.O. Box 981127,
                El Paso, TX 79998-1127
13865319       E-mail/PDF: gecsedi@recoverycorp.com Mar 12 2010 00:21:06     GE Money Bank,    P.O. Box 960061,
                Orlando, FL 32896-0061
13865321       E-mail/PDF: gecsedi@recoverycorp.com Mar 12 2010 00:21:06     GE Money Bank,    P.O. Box 981438,
                El Paso, TX 79998-1438
14778926      +E-mail/PDF: gecsedi@recoverycorp.com Mar 12 2010 00:21:06     GE Money Bank dba LENSCRAFTERS/GEMB,
                Care of Recovery Management Systems Corp,    25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
13865328      +E-mail/PDF: gecsedi@recoverycorp.com Mar 12 2010 00:21:05     JCPenney,    P.O. Box 981131,
                El Paso, TX 79998-1131
13865327       E-mail/PDF: gecsedi@recoverycorp.com Mar 12 2010 00:21:06     JCPenney,    P.O. Box 960090,
                Orlando, FL 32896-0090
13865329      +E-mail/PDF: gecsedi@recoverycorp.com Mar 12 2010 00:21:06     JCPenney/GE Money Bank,
                Attn:  Bankruptcy Department,    P.O. Box 103104,    Roswell, GA 30076-9104
13865330       E-mail/PDF: cr-bankruptcy@kohls.com Mar 12 2010 00:19:46     Kohl’s,    P.O. Box 3043,
                Milwaukee, WI 53201-3043
13865331       E-mail/PDF: cr-bankruptcy@kohls.com Mar 12 2010 00:19:46     Kohl’s Payment Center,
                P.O. Box 2983,    Milwaukee, WI 53201-2983
13865339       Fax: 847-227-2151 Mar 12 2010 01:46:57     Medical Recovery Specialists,
                2250 East Devon Avenue, Suite 352,    Des Plaines, IL 60018-4519
                                                                                               TOTAL: 13

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```

```
District/off: 0752-3        User: cshabez            Page 3 of 3             Date Rcvd: Mar 11, 2010
Case: 09-71824              Form ID: pdf006          Total Noticed: 119

aty*        Daniel Donahue,   P O Box 2903,   Rockford, IL   61132-2903
                                                                              TOTALS: 0, * 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 13, 2010**                    **Signature:**    _Joseph Speetjens_