UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | § § | |
| BUEHLER, ROBERT C JR. | § | Case No. 09-71824 |
| BUEHLER, AMY K | § § § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    DANIEL M. DONAHUE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $   (see **Exhibit 2**), yielded net receipts of $    from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:<br>   CHAPTER 7 ADMIN. FEES<br>   AND CHARGES<br>   (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER<br>   ADMIN. FEES AND<br>   CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED<br>   CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED<br>CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter     on                .  The case was pending for     months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/DANIEL M. DONAHUE_____
                                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| American Honda Finance Corporation P.O. Box 60001 City Of Industry, CA 91716-0001 | | | | | |
| Bank of America, N.A. P.O. Box 660312 Dallas, TX 75266-0312 | | | | | |
| Wells Fargo Home Mortgage P.O. Box 5296 Carol Stream, IL 60197-5296 | | | | | |
| **TOTAL SECURED CLAIMS** | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DANIEL M. DONAHUE, TRUSTEE | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| INTERNAL REVENUE SERVICE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| 1st AYD Corporation P.O. Box 5298 Elgin, IL 60121-5298 | | | | | |
| A-1 Equipment Sales & Service, Inc. 1002 Courtaulds Drive, Unit C Woodstock, IL 60098 | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| AMCORE Bank 1210 South Alpine Road Rockford, IL 61108 | | | | | |
| AMCORE Bank, N.A. 1210 South Alpine Road Rockford, IL 61108 | | | | | |
| AT&T P.O. Box 8100 Aurora, IL 60507 | | | | | |
| ATT Mobility - ILL c/o Southwest Credit Systems, L.P. 5910 West Plano Parkway, Suite 100 Plano, TX 75093-4638 | | | | | |
| Alarm Detection Systems, Inc. 1111 Church Road Aurora, IL 60505 | | | | | |
| American Express Publishing P.O. Box 1334 Des Plaines, IL 60017-1334 | | | | | |
| American Marketing & Publishing P.O. Box 982 Dekalb, IL 60115 | | | | | |
| Anderson, Nissan, Mazda, Suzuki 7920 North Alpine Road P.O. Box 10289 Loves Park, IL 61131 | | | | | |
| Aramark Uniform Services P.O. Box 7177 Rockford, IL 61126-7177 | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| AutoZone, Inc. P.O. Box 791409 Baltimore, MD 21279-1409 | | | | | |
| Badger Lubrication Technologies, In 5933 North 55th Street Milwaukee, WI 53218 | | | | | |
| Bank of America P.O. Box 15137 Aurora, IL 60507 | | | | | |
| Brian Bemis Automotive Group, Ltd 1875 DeKalb Avenue Sycamore, IL 60178 | | | | | |
| Carquest P.O. Box 503628 St. Louis, MO 63150-3628 | | | | | |
| Carson Pirie Scott Retail Services P.O. Box 17264 Baltimore, MD 21297-1264 | | | | | |
| Certegy Check Services P.O. Box 30038 Tampa, FL 33630-3038 | | | | | |
| Chaamco Service Corporation 35 East Wacker Drive, 14th Floor Chicago, IL 60601-2100 | | | | | |
| Chaamco Service Corporation 35 East Wacker Drive, 14th Floor Chicago, IL 60601-2100 | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Cliff Seldal Plumbing & Heating P.O. Box 464 DeKalb, IL 60115 | | | | | |
| Coast to Coast Computer Products c/o Alazander Associates, LLC 2188 Highway JJ Moberly, MO 65270 | | | | | |
| Corn Belt Energy 1 Energy Way Bloomington, IL 61705 | | | | | |
| Crystal Lake CX 3 Crystal Lake Plaza Crystal Lake, IL 60014 | | | | | |
| Crystal Lake Pontiac GMC 6305 Northwest Highway Crystal Lake, IL 60014 | | | | | |
| Darmon Orthopedics, P.C. 2001 Larkin Avenue, Suite 207 Elgin, IL 60123 | | | | | |
| Engine & Transmission Exchange, Inc 8155 North 76th Street P.O. Box 240040 Milwaukee, WI 53224 | | | | | |
| Exxon Mobil Processing Center Des Moines, IA 50361-0001 | | | | | |
| Food & Wine Books P.O. Box 5040 Des Plaines, IL 60017-5040 | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Fox Valley Laboratory Physicians P.O. Box 5133 Chicago, IL 60680-5133 | | | | | |
| Frank Gelesi 3949 Northwest Highway Crystal Lake, IL 60014 | | | | | |
| Gleason & Elfering 1150 Brown Street, Unit I Wauconda, IL 60084 | | | | | |
| Heritage-Crystal Clean 13621 Collections Center Drive Chicago, IL 60693-0316 | | | | | |
| Interstate Batteries 5175 American Road Rockford, IL 61109 | | | | | |
| Irving Construction 1826 Sycamore Road DeKalb, IL 60115 | | | | | |
| JCPenney P.O. Box 960090 Orlando, FL 32896-0090 | | | | | |
| Kohl's Payment Center P.O. Box 2983 Milwaukee, WI 53201-2983 | | | | | |
| Lawson Products, Inc. 2689 Paysphere Circle Chicago, IL 60674 | | | | | |
| Macy's P.O. Box 689195 Des Moines, IA 50368-9195 | | | | | |

UST Form 101-7-TDR (9/1/2009) *(Page: 9)*

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Medical Recovery Specialists 2250 East Devon Avenue, Suite 352 Des Plaines, IL 60018-4519 | | | | | |
| Mike Monney Chevrolet/Cadillac 204 North 4th Street DeKalb, IL 60115 | | | | | |
| NAPA Auto Parts DeKalb County Auto Parts, Inc. 607 East Lincoln Highway Dekalb, IL 60115 | | | | | |
| News Talk 1060 AM WRHL 400 May Mart Drive P.O. Box 177 Rochelle, IL 61068 | | | | | |
| Northwest Suburban Imaging ASC 34659 Eagle Way Chicago, IL 60678-0001 | | | | | |
| Orange Peel Gazette P.O. Box 239 Kingston, IL 60145 | | | | | |
| PNC Bank, National Association 1600 Market Street Philadelphia, PA 19103 | | | | | |
| PNC Bank, National Association c/o Attorney Nancy J. Glidden P.O. Box 515 West Chester, PA 19381 | | | | | |

UST Form 101-7-TDR (9/1/2009) *(Page: 10)*

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Parent Petroleum, Inc.. 37 W 370 Route 38 St. Charles, IL 60175-1588 | | | | | |
| Personal Concepts 3200 Guasti Road, Suite 300 Ontario, CA 91761 | | | | | |
| Physiotherapy Associates 4591 West Higgins Road Hoffman Estates, IL 60192 | | | | | |
| Premium Financing Specialits, Inc. 180 N. Michigan Ave., Suite 1016 Chicago, IL 60601 | | | | | |
| Programs Plus c/o Medical-Dental-Hospital Bureau 7507 North Second Street, Unit C Machesney Park, IL 61115 | | | | | |
| Quest Diagnostics P.O. Box 64804 Baltimore, MD 21264-4804 | | | | | |
| R.M.S. 300 Arboretum Place P.O. Box 26446 Richmond, VA 23261-6446 | | | | | |
| Royal Publishing 7620 North Harker Drive Peoria, IL 61615-1849 | | | | | |
| Sears Credit Cards P.O. Box 183082 Columbus, OH 43218-3082 | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Sherman Hospital 35134 Eagle Way Chicago, IL 60678-1351 | | | | | |
| Transtar Industries, INc. 7350 Young Drive Cleveland, OH 44146 | | | | | |
| Travelers CL Remittance Center Hartford, CT 06183-1008 | | | | | |
| WLBK 1360 AM 2410 Sycamore Road, Suite C Dekalb, IL 60115 | | | | | |
| Wells Fargo Payment Remittance Center P.O. Box 54349 Los Angeles, CA 90054-0349 | | | | | |
| Whitey's Towing, Inc. 520 Cary-Algonquin Road Cary, IL 60013 | | | | | |
| AAMCO TRANSMISSIONS, INC. | | | | | |
| ADVANTA BANK CORP. | | | | | |
| AMERICAN EXPRESS BANK, FSB | | | | | |
| CHASE BANK USA, N.A. | | | | | |
| CHASE BANK USA, N.A. | | | | | |
| COMED CO | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| GE MONEY BANK DBA JCPENNEY CREDIT S | | | | | |
| GE MONEY BANK DBA LENSCRAFTERS/GEMB | | | | | |
| ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| INTERNAL REVENUE SERVICE | | | | | |
| MDC ENVIRONMENTAL SERVICES | | | | | |
| MIDCO LUBRICANTS | | | | | |
| MIDWEST CONVERTERS, INC. | | | | | |
| PNC BANK C/O MARQUES L. WILLIAMS | | | | | |
| POSTER COMPLIANCE CENTER | | | | | |
| PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 09-71824 MLB Judge: MANUEL BARBOSA | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | BUEHLER, ROBERT C JR. | Date Filed (f) or Converted (c): | 05/01/09 (f) |
| | BUEHLER, AMY K | 341(a) Meeting Date: | 06/10/09 |
| For Period Ending: | 06/01/10 | Claims Bar Date: | 12/24/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Location: 202 Oregon Avenue, Dundee IL | 297,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Checking account - Castle Bank | 0.00 | 1,410.00 | | 1,410.00 | FA |
| 3. Checking account - AMCORE Bank | 50.00 | 50.00 | | 50.00 | FA |
| 4. Checking account - Harris Bank | 40.00 | 40.00 | | 40.00 | FA |
| 5. Household goods and furnishings | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 6. Clothing - none of commercial value | 100.00 | 0.00 | DA | 0.00 | FA |
| 7. Minimal jewelry - none of commercial value | 100.00 | 0.00 | DA | 0.00 | FA |
| 8. Insurance policity with Northwest Mutual (on wife' | 500.00 | 0.00 | DA | 0.00 | FA |
| 9. Other insurance policies that are term only | 0.00 | 0.00 | DA | 0.00 | FA |
| 10. 401(k) | 1,400.00 | 0.00 | DA | 0.00 | FA |
| 11. 100% stock/interest in Henmar Automotive, LLC | 0.00 | 0.00 | DA | 0.00 | FA |
| 12. 2004 Dodge Truck (lien $2,460.00) | 8,500.00 | 0.00 | DA | 0.00 | FA |
| 13. 2005 Suburban | 12,000.00 | 1,750.00 | | 1,750.00 | FA |
| 14. 2000 Ford Taurus | 500.00 | 0.00 | DA | 0.00 | FA |
| 15. 1999 Ford Contour | 200.00 | 0.00 | DA | 0.00 | FA |
| 16. 2005 Acura (leased vehicle) | 15,000.00 | 0.00 | DA | 0.00 | FA |
| 17. 2002 Dodge Caravan (56,000 miles) | 5,000.00 | 1,750.00 | | 1,750.00 | FA |
| 18. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 19. 2004 Taurus (sold) (u) | 0.00 | 1,500.00 | | 1,500.00 | FA |
| 20. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 0.79 | FA |
| TOTALS (Excluding Unknown Values) | $344,390.00 | $6,500.00 | | $6,500.79 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| | | |
|---|---|---|
| Case No: | 09-71824    MLB    Judge: MANUEL BARBOSA | Trustee Name:    DANIEL M. DONAHUE |
| Case Name: | BUEHLER, ROBERT C JR. | Date Filed (f) or Converted (c):    05/01/09 (f) |
| | BUEHLER, AMY K | 341(a) Meeting Date:    06/10/09 |
| | | Claims Bar Date:    12/24/09 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Nothing further remains to be done.

Initial Projected Date of Final Report (TFR): 03/01/10        Current Projected Date of Final Report (TFR): 03/01/10

LFORM1
**UST Form 101-7-TDR (9/1/2009)** *(Page: 15)*

Ver: 15.09

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-71824 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | BUEHLER, ROBERT C JR. | | Bank Name: | BANK OF AMERICA, N.A. |
| | BUEHLER, AMY K | | Account Number / CD #: | *******1499 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******9799 | | | |
| For Period Ending: | 06/01/10 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| * 09/21/09 | * NOTE * | ROBERT AND AMY BUEHLER<br>202 OREGON AVE<br>WEST DUNDEE, IL 60118-2030 | INTEREST IN PERSONAL PROPERTY<br>Assets 2, 3 and 4 sold for $1,500<br>* NOTE * Properties 2, 13, 17, 19 | 1129-003 | 3,600.00 | | 3,600.00 |
| * 09/21/09 | * NOTE * | ROBERT AND AMY BUEHLER<br>202 OREGON AVE<br>WEST DUNDEE, IL 60118-2030 | INTEREST IN PERSONAL PROPERTY<br>RE-ENTERED SHOWING 2 SEPARATE<br>DEPOSITS FOR ACCOUNTING PURPOSES | 1129-003 | -3,600.00 | | 0.00 |
| 09/21/09 | 19 | BUEHLER, ROBERT AND AMY | INTEREST IN PERSONAL PROPERTY<br>ASSETS 2,3,4 = $1,500 | 1229-000 | 2,625.00 | | 2,625.00 |
| 09/21/09 | 13, 17 | BUEHLER, ROBERT AND AMY | INTEREST IN PERSONAL PROPERTY | 1129-000 | 975.00 | | 3,600.00 |
| 09/30/09 | | BUEHLER, ROBERT AND AMY | INTEREST IN PERSONAL PROPERTY | 1129-000 | 2,900.00 | | 6,500.00 |
| 09/30/09 | 20 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.02 | | 6,500.02 |
| 10/30/09 | 20 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.15 | | 6,500.17 |
| 11/30/09 | 20 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.17 | | 6,500.34 |
| 12/31/09 | 20 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.17 | | 6,500.51 |
| 01/29/10 | 20 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.16 | | 6,500.67 |
| 02/24/10 | 20 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.12 | | 6,500.79 |
| 02/24/10 | | Transfer to Acct #*******1635 | Final Posting Transfer | 9999-000 | | 6,500.79 | 0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | 6,500.79 | 6,500.79 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 6,500.79 | |
| Subtotal | 6,500.79 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 6,500.79 | 0.00 | |

Page Subtotals 6,500.79 6,500.79

Ver: 15.09

LFORM24

UST Form 101-7-TDR (9/1/2009) (Page: 16)

FORM 2

Page: 2

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-71824 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | BUEHLER, ROBERT C JR. | | Bank Name: | BANK OF AMERICA, N.A. |
| | BUEHLER, AMY K | | Account Number / CD #: | *******1635 GENERAL CHECKING |
| Taxpayer ID No: | *******9799 | | | |
| For Period Ending: | 06/01/10 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/24/10 | | Transfer from Acct #*******1499 | Transfer In From MMA Account | 9999-000 | 6,500.79 | | 6,500.79 |
| 04/08/10 | 000100 | DANIEL M. DONAHUE, TRUSTEE<br>P.O. BOX 2903<br>ROCKFORD, IL 61132-2903 | Chapter 7 Compensation/Fees | 2100-000 | | 1,400.08 | 5,100.71 |
| 04/08/10 | 000101 | MCGREEVY WILLIAMS | Attorney for Trustee Fees (Trustee | 3110-000 | | 1,610.50 | 3,490.21 |
| 04/08/10 | 000102 | MCGREEVY WILLIAMS | Attorney for Trustee Expenses (Trus | 3120-000 | | 118.40 | 3,371.81 |
| 04/08/10 | 000103 | Illinois Department of Revenue<br>Bankruptcy Section<br>100 W .Randolph St #7-400<br>Chicago, IL 60601 | Claim 000003B, Payment 2.6% | 5800-000 | | 81.25 | 3,290.56 |
| 04/08/10 | 000104 | Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114-0326 | Claim 000008B, Payment 2.6% | 5800-000 | | 3,290.56 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 6,500.79 | 6,500.79 | 0.00 |
| Less: Bank Transfers/CD's | 6,500.79 | 0.00 | |
| Subtotal | 0.00 | 6,500.79 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 6,500.79 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account (Interest Earn - *******1499 | 6,500.79 | 0.00 | 0.00 |
| GENERAL CHECKING - *******1635 | 0.00 | 6,500.79 | 0.00 |
| | 6,500.79 | 6,500.79 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    6,500.79    6,500.79

Ver: 15.09

LFORM24

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-71824 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | BUEHLER, ROBERT C JR. | | Bank Name: | BANK OF AMERICA, N.A. |
| | BUEHLER, AMY K | | Account Number / CD #: | *******1635  GENERAL CHECKING |
| Taxpayer ID No: | *******9799 | | | |
| For Period Ending: | 06/01/10 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Money Market Account (Interest Earn - ********1499

GENERAL CHECKING - ********1635

Page Subtotals     0.00     0.00

Ver: 15.09

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 18)*